In the Matter of the Claim of DAVID MINTZ, Appellant, against THE STATE INSURANCE FUND, Insurance Carrier, and ARTISTIC DYEING Co., INC., Employer, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and claim remitted for further action, with costs against the State Industrial Board to abide the event, as the undisputed evidence shows an accidental injury within the meaning of the Workmen's Compensation Law. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of JAMES ROGERS, Respondent, against FRANK COONEY, INCORPORATED, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of THINA (TINA) BODNELAND, Respondent, against SAM AZERSKY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CATHERINE McMORROW, Respondent, against NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CHARLES BEWALDER, Respondent, against BROOKLYN CITY RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LENA PETRUS, Respondent, against H. C. HEMINGWAY & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident resulting in death did not arise out of or in the course of the employment. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of CARL WIGREN, Respondent, against AUTOMATIC REGISTERING MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of YETTA GOTTLIEB and Another, Appellants, against BORDEN'S FARM PRODUCTS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of H. ADAMS, Respondent, against METZGER CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ALBERT DE LORM, Respondent, against ROBERT F. HYLAND & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.